AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Bryan Jordan | ) Case No. 21-Mj-6240-AOV |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 15, 2021** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Erin Leaser, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: FACETIME

*Judge's signature*

Date: April 20, 2021

City and state: Fort Lauderdale, FL    Honorable Alicia Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erin Leaser, first being duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2015. I am currently assigned to the Safe Streets Task Force and Violent Gang squad in the FBI's Miami Division, where my duties include the investigation of a variety of federal offenses, including federal firearms violations, narcotics laws, and bank fraud. I have received training and experience in the investigation of crimes involving the use of electronic communications services, such as social media websites and applications. Additionally, I have participated in investigations involving firearm offenses, narcotics, fraud schemes, conspiracy, identity theft, aggravated identity theft, and other violations of federal law. I am a Law Enforcement Officer of the United States, and I am empowered to conduct investigations, execute warrants, and make arrests for offenses against the United States enumerated in, but not limited to, Titles 18 and 21 of the United States Code.

2. I submit this Affidavit in support of a criminal complaint against BRYAN JORDAN ("JORDAN"). As explained below, there is probable cause to believe that on March 15, 2021, in Broward County, Florida, JORDAN violated Title 18 U.S.C. § 922(g)(1) (felon in possession of firearm).

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit all the facts known to me about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause to arrest JORDAN for the violations described above.

## PROBABLE CAUSE

4. On March 11, 2021, Magistrate Judge Patrick M. Hunt issued a search warrant, Case No. 21-6139-MJ-HUNT (SDFL), for the premises located at 3666 Coral Tree Circle, Coconut Creek, Florida. The warrant authorized agents to search for and seize evidence related to several federal offenses committed by JORDAN including the illegal possession of firearms and ammunition. The evidence of his possession of firearms was based in part by my review of JORDAN's known Instagram account, Freeband_presidentt_lre, and observing a video posted to the "stories" of JORDAN holding what appears to be an AR-15 rifle. A clip of the video is inserted below·



5 As was set forth in the original affidavit in support of the application for a search warrant for the Coral Tree Circle premises, JORDAN is the same individual convicted of a felony in St. Charles County Circuit Court in Missouri, Case No. 1711CR0073301. JORDAN was placed on felony probation for five years starting on December 01, 2017, for this case after he pleaded guilty to receiving stolen property. JORDAN signed his conditions of probation which included the condition that he does not possess any firearms or ammunition. JORDAN is

being monitored by the state of Florida probation office because he resides in Broward County, Florida.

6. On March 15, 2021, FBI Special Agents executed the search warrant of the above residence. During the execution of the search warrant, JORDAN's girlfriend MARLISA EXCEUS and her son exited the residence when called upon to do so by the FBI Miami Swat team. JORDAN remained in the residence for approximately 15 minutes. After exiting the residence, JORDAN made an excited utterance to EXCEUS, that he placed his jewelry in the AC Vent.

7. After JORDAN exited the residence, law enforcement officers searched the premises. During the search, law enforcement officers found the jewelry, referenced by JORDAN when he exited the residence, wrapped in a comforter in the attic crawlspace. In addition, in the same attic crawlspace, officers located a Mossberg 37204 .22 caliber Tactical AR Rifle, serial ETH4406287, a picture of recovered rifle is inserted below:



Law enforcement officers also recovered a Ruger EC9S 9 mm caliber pistol, serial 45624708 from the same location as the rifle. Law enforcement officers also found and recovered a Ruger LCP .380 caliber handgun, serial 372261284 in the nightstand drawer located in a bedroom. The

3

nightstand drawer had men's boxer briefs with the firearm. JORDAN's state of Florida identification card was also found in that bedroom.

8.  In addition to the firearms, law enforcement officers located and seized from the residence 13 rounds of Remington .22 Caliber ammunition, 7 rounds of Federal Cartridge Company .380 caliber ammunition and 4 rounds of Winchester 9 mm ammunition. A Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") who examined the firearms and ammunition and concluded they were manufactured outside the State of Florida.

9.  Following the search of the residence on March 15, 2021, JORDAN was arrested by the Coconut Creek Police Department on an arrest warrant issued from Florida state probation and was released from custody on March 17, 2021. As of March 22, 2021, JORDAN was placed on an ankle monitoring device by Florida state probation.

## CONCLUSION

10. Based on the above information, I respectfully submit that there is probable cause to believe that on March 15, 2021, JORDAN, a convicted felon, possessed firearms and ammunition, in violation of Title 18 U.S.C. § 922(g)(1) in Broward County, Florida.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Erin Leaser*
Erin Leaser, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by·
FaceTime
(specify reliable electronic means).

Date: April 20, 2021

*Alicia O. Valle*
HON. ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE